# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| AARON GINSBURG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LANGDON & COMPANY, LLP,<br><br>Defendant. | Case No.: 5:25-cv-00544-FL |
| JIMMY SADLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LANGDON & COMPANY, LLP,<br><br>Defendant. | Case No.: 5:25-cv-00549-FL |
| BRENDA GRIMES, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LANGDON & COMPANY, LLP,<br><br>Defendant. | Case No.: 4:25-cv-00159-FL |
| KERMIT NOBLES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LANGDON & COMPANY, LLP,<br><br>Defendant. | Case No.: 4:25-cv-00161-M-BM |

| | |
|---|---|
| JEREMIAH WINDSOR, individually and on behalf of all others similarly situated, | Case No.: 5:25-cv-00627-FL |
| Plaintiff, | |
| v. | |
| LANGDON & COMPANY, LLP, | |
| Defendant. | |
| SUSAN HOLLAND, individually and on behalf of all others similarly situated, | Case No.: 5:25-cv-00654-FL |
| Plaintiff, | |
| v. | |
| LANGDON & COMPANY, LLP, | |
| Defendant. | |
| GABRIELLE MARINO, individually and on behalf of all others similarly situated, | Case No.: 5:25-cv-00668-M |
| Plaintiff, | |
| v. | |
| LANGDON & COMPANY, LLP, | |
| Defendant. | |

## ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CO-LEAD COUNSEL

This matter, having come before the Court by Plaintiffs in the above-captioned matters, on their Motion to Consolidate Cases and Appoint Interim Co-Lead Counsel pursuant to Federal Rules of Civil Procedure 23(g)(3) and 42(a), and having found that the cases might involve some of the same issues of fact and law, grow out of the same alleged data incident involving Langdon

2

& Company, LLP ("Langdon" or "Defendant"), have many of the same claims, and have proposed class definitions that will encompass the same persons, this Court finds that the cases warrant consolidation. This Court further finds that the benefits of consolidation are not outweighed by any risk of prejudice or jury confusion. The effect of such consolidation will be judicial economy and preserving the Parties' resources, as well as avoiding disparate rulings in separate actions.

Accordingly, because this Court finds that consolidation of the Related Actions does not increase the risk of an unfair outcome, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. Case Nos. 5:25-cv-00544-FL, 5:25-cv-00549-FL, 4:25-cv-00159-FL, 4:25-cv-00161-M-BM, 5:25-cv-00627-FL, 5:25-cv-00654-FL, and 5:25-cv-00668-M shall be consolidated into the first filed action, Case No. 5:25-cv-00544-FL pursuant to Federal Rule of Civil Procedure 42(a) (the "Consolidated Action").

2. All papers filed in the Consolidated Action shall be filed under Case No. 5:25-cv-00544-FL and shall bear the following caption: *In re Langdon & Company, LLP Data Breach Litigation*. Any class or representative action subsequently filed, transferred, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action will be consolidated with it for pre-trial, discovery, and trial purposes.

3. Unless otherwise ordered by the Court upon a showing of good cause, this Order shall apply to the above-referenced matters, any action filed in, transferred to, or removed to this Court which relates to the subject matter at issue in this case.

4. The Court appoints Gerald D. Wells of Lynch Carpenter LLP and Jean Sutton Martin of Morgan & Morgan Complex Litigation Group as Interim Co-Lead Counsel. Interim Co-Lead Counsel must assume responsibility for the following duties during all phases of this litigation:

a) Coordinating the work of preparing and presenting all of Plaintiffs' claims and otherwise coordinating all proceedings on behalf of Plaintiffs, including organizing and supervising the efforts of Plaintiffs' counsel in a manner to ensure that Plaintiffs' pretrial preparation is conducted effectively, efficiently, expeditiously, and economically;

b) Delegating work responsibilities and monitoring the activities of all Plaintiffs' counsel in a manner to promote the orderly and efficient conduct of this litigation and to avoid unnecessary duplication and expense;

c) Calling meetings of Plaintiffs' counsel for any appropriate purpose, including coordinating responses to questions of other parties or of the Court, and initiating proposals, suggestions, schedules, and any other appropriate matters;

d) Determining (after consultation with other co-counsel as may be appropriate) and presenting (in briefs, oral argument, or such other fashion as he or his designee may deem appropriate) to the Court and opposing parties the position of the Plaintiffs on all matters arising during pretrial (and, if appropriate, trial) proceedings;

e) Serving as the primary contact for all communications between Plaintiffs and counsel for Defendant, and acting as spokespersons for all Plaintiffs vis-à-vis Defendant and the Court;

4

f) Directing and executing on behalf of Plaintiffs the filing of pleadings and other documents with the Court;

g) Appearing at all court hearings and conferences regarding the case as most appropriate for effective and efficient representation, and speaking for Plaintiffs at all such hearings and conferences;

h) Receiving and initiating communication with the Court and the Clerk of the Court (including receiving orders, notices, correspondence, and telephone calls) and dispensing the content of such communications among Plaintiffs' counsel;

i) Initiating and conducting discussions and negotiations with counsel for Defendant on all matters, including settlement;

j) Negotiating and entering into stipulations with counsel for Defendant as necessary for the conduct of the litigation;

k) Initiating, coordinating, and conducting all discovery on Plaintiffs' behalf and ensuring its efficiency;

l) Selecting, consulting with, and employing experts for Plaintiffs, as necessary;

m) Encouraging and enforcing efficiency among all Plaintiffs' counsel;

n) Assessing Plaintiffs' counsel for the costs of the litigation;

o) Preparing and distributing periodic status reports on behalf of Plaintiffs to the Court and to the parties as ordered;

p) Developing and recommending for Court approval practices and procedures pertaining to attorneys' fees and expenses on behalf of Plaintiffs as further detailed below and, on an ongoing basis, monitoring and administering such procedures; and,

q) Performing such other duties as are necessary in connection with the prosecution of this litigation or as may be further directed by the Court.

**ADDITIONAL MATTERS**

***Application of this Order***

5. This Order applies to all actions included in the above-captioned consolidated matter and all subsequently consolidated actions.

6. Interim Co-Lead Counsel must serve a copy of this Order and all future orders promptly by overnight delivery service, facsimile, or other expeditious electronic means on counsel for Plaintiffs in each related action not yet consolidated in this proceeding to the extent that Interim Co-Lead Counsel is aware of any such action(s) and on all attorneys for Plaintiffs whose cases have been so consolidated but who have not yet registered for ECF.

7. Plaintiffs in the Consolidated Action shall file an operative, Consolidated Class Action Complaint within 30 days of an order appointing interim co-lead counsel. Defendants need not respond to any of the previously filed complaints in the Related Actions and shall respond to the operative Consolidated Class Action Complaint within 30 days after it is filed. Should Defendant file a motion to dismiss directed at the Consolidated Class Action Complaint, Plaintiffs shall file a response 30 days thereafter, and Defendant shall file a reply in support thereof 21 days after Plaintiffs' response is filed.

**IT IS SO ORDERED.**

**Dated:** <u>December 2</u> **, 2025**

**HON. LOUISE WOOD FLANAGAN**
**UNITED STATES DISTRICT COURT JUDGE**