THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| *In re Langdon & Company, LLP Data Breach Litigation* | ) ) ) ) ) ) ) ) ) ) | Case No. 5:25-cv-00544-FL

**JOINT SELECTION OF MEDIATOR** |

Pursuant to Local ADR Rule 101.1c(a), the parties hereby submit this Joint Selection of Mediator. The parties agree upon and have selected the following individual to serve as mediator in the above-captioned action:

René Stemple Trehy
Beason & Trehy Conflict Resolution, LLC
2741 University Drive
Durham, North Carolina 27707
(919) 419-9979
rtrehy@beasontrehy.com

The parties certify that Ms. Trehy has agreed to her selection as mediator in this action and agrees to be bound by the rules of this Court. Defendant will serve Ms. Trehy a copy of this notice of selection via email.

Respectfully submitted this 9th day of June, 2026.

**/s/ Jean S. Martin**
Jean S. Martin
N.C. Bar No. 25703
AYLSTOCK WITKIN KREIS
OVERHOLTZ, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32502
Telephone: (850) 266-2893
Facsimile: (850) 916-7449
jeanmartin@awkolaw.com

Gerald D. Wells, III
(admitted *pro hac vice*)
LYNCH CARPENTER, LLP
1760 Market Street, Suite 600
Philadelphia, PA 19103
Telephone: (267) 609-6910
Facsimile: (267) 609-6955
jerry@lcllp.com

*Plaintiffs' Interim Co-Lead Counsel*

**/s/ William J. McMahon, IV**
William J. McMahon, IV
N.C. State Bar No. 34097
Email: bmcmahon@constangy.com
David A. Yudelson
(*pro hac vice* forthcoming)
California State Bar No. 325316
Email: dyudelson@constangy.com
CONSTANGY, BROOKS, SMITH
& PROPHETE, LLP
One West Fourth Street, Suite 850
Winston-Salem, NC 27101
Telephone: (336) 721-6860
Facsimile: (336) 748-9112

*Attorneys for Defendant*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **JOINT SELECTION OF MEDIATOR** was filed with

the Clerk of Court using the CM/ECF system which will generate and send an e-mail notification

of said filing to all counsel of record.

This the 9th day of June, 2026.

*/s/ William J. McMahon, IV*
William J. McMahon, IV
N.C. State Bar No. 34097
Email: bmcmahon@constangy.com
CONSTANGY, BROOKS, SMITH
& PROPHETE, LLP
One West Fourth Street, Suite 850
Winston-Salem, NC 27101
Telephone: (336) 721-6860
Facsimile: (336) 748-9112

*Attorney for Defendant*

3